IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BETH HARPER, | : |
|     Plaintiff, | : |
| vs. | :  CIVIL ACTION 06-0301-CB-C |
| POSTMASTER GENERAL, | : |
|     Defendant. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court. It is ORDERED that this action be and is hereby dismissed without prejudice.

DONE this 16<u>th</u> day of <u>October</u>, 2006.

                                            *s/Charles R. Butler, Jr.*
                                            SENIOR UNITED STATES DISTRICT JUDGE